## MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                Plaintiff,

-v.-

ALFRED DUNNER, INC.,

                Defendants.
---------------------------------------------------------------x

Civil Action No:
1:22-cv-10416

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 22, 2023

| For Plaintiff Warren Zinnamon | For Defendant Alfred Dunner, Inc. |
|---|---|
| *Mark Rozenberg* | *[signature]* |
| Mark Rozenberg | Matthew R. Capobianco |
| Stein Saks, PLLC | Littler Mendelson, P.C. |
| One University Plaza | 290 Broadhollow Rd ste. 305 |
| Hackensack, NJ 07601 | Melville, NY 11747 |
| Ph: (201) 282-6500 | Ph: (631) 247-4700 |
| mrozenberg@steinsakslegal.com | Mcapobianco@littler.com |

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).
SO ORDERED.

Dated: February 22, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge